UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TONIMARIE RHONE, on behalf of herself and all others similarly situated,

       Plaintiffs,

-against-

ROCKIN RUDY'S, INC.

       Defendant.
-----------------------------------------------------------x

Case No. 1:22-cv-10302-ALC-VF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff TONIMARIE RHONE, ("Plaintiff") and ROCKIN RUDY'S, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: August 8, 2023

| | |
|---|---|
| The Law Office of Noor A. Saab, Esq. | Law Offices of Nolan Klein, P.A. |
| By: _____ | By: _____ |
| Noor A. Saab Esq. | Nolan Keith Klein, Esq. |
| *Attorney for Plaintiff* | *Attorney for the Defendant* |
| 380 North Broadway, Penthouse West | 1213 South East, 3rd Avenue |
| Jericho, New York 11753 | Fort Lauderdale, FL 33316 |
| Tel: 718-740-5060 | Tel: 954.745.0588 |
| Email: noorasaablaw@gmail.com | Email: klein@nklegal.com |

SO ORDERED:

Dated: _____, 2023     _____
                  United States District Judge

1